# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NATHANIEL NEGRON,** | : | **CIVIL ACTION NO. 1:13-CV-1568** |
| **Plaintiff** | : | |
| | : | **(Chief Judge Conner)** |
| v. | : | |
| | : | |
| **TABB BICKELL**, *et al.*, | : | |
| et al., | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 24th day of October, 2013, upon consideration of this Court's Order of September 9, 2013 (Doc. 18), directing plaintiff to provide to the Court, on or before October 9, 2013, a valid address for "P.A. Resigno," or suffer dismissal of the complaint as to this defendant for failure to serve the complaint within 120 days after filing as required by Federal Rule of Civil Procedure 4(m)[1], and the 120 days having passed and plaintiff having failed to provide a valid address for service on "P.A. Resigno", it is hereby ORDERED that the complaint against "P.A. Resigno" is DISMISSED. The Clerk of Court is directed to note on the docket that this defendant is terminated.

        /S/ CHRISTOPHER C. CONNER
        Christopher C. Conner, Chief Judge
        United States District Court
        Middle District of Pennsylvania

---

[1] If a defendant is not served within 120 days after the complaint is filed, the court– on motion or on its own after notice to the plaintiff–must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. FED. R. CIV. P. 4(m).