IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NATHANIEL NEGRON**, | : | **CIVIL ACTION NO. 1:13-CV-1568** |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| v. | : | |
| **TABB BICKELL**, *et al.*, et al., | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 13th day of May, 2014, upon consideration of plaintiff's motion (Doc. 29) for reconsideration of this Court's Order (Doc. 26) of October 26, 2014, dismissing "P.A. Resigno" due to plaintiff's failure to provide to the Court, on or before October 9, 2013, a valid address for Resigno so as to effect service within 120 days after the filing of the complaint as required by Federal Rule of Civil Procedure 4(m)[1], and, according to plaintiff's motion (Doc. 29, at 1-2), he notified the Court in his brief in opposition to the corrections defendants' motion to dismiss, filed on October 1, 2013, that he was unable to obtain an address for Resigno and requested that the information be sought from defendants based upon Resigno's working relationship with the Pennsylvania Department of Corrections (Doc. 22 at 6), it is hereby ORDERED that:

---

[1] If a defendant is not served within 120 days after the complaint is filed, the court–on motion or on its own after notice to the plaintiff–must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. FED. R. CIV. P. 4(m).

1. Plaintiff's motion (Doc. 29) is CONDITIONALLY GRANTED.

2. On or before May 30, 2014, counsel for the corrections defendants shall FILE, with this Court a NOTICE containing a valid address for "P.A. Resigno" or a statement that the Pennsylvania Department of Corrections does not have a valid address for "P.A. Resigno."

          /S/ CHRISTOPHER C. CONNER
          Christopher C. Conner, Chief Judge
          United States District Court
          Middle District of Pennsylvania