### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NATHANIEL NEGRON**, | : | **CIVIL ACTION NO. 1:13-CV-1568** |
| | : | |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **TABB BICKELL**, *et al.*, | : | |
| et al., | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 24th day of June, 2014, upon consideration of plaintiff's

motion (Doc. 35) to compel defendant Lane to produce discovery, including certain

prison files and medical records, and it appearing that plaintiff has failed to serve

discovery requests on defendant Lane (Doc. 37, at p. 2), it is hereby ORDERED that

the motion is DENIED without prejudice to plaintiff's right to pursue discovery in

accordance with the Federal Rules of Civil Procedure and the Local Rules of Court.


    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania