# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NATHANIEL NEGRON**, | : | CIVIL ACTION NO. 1:13-CV-1568 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **TABB BICKELL**, *et al.*, et al., | : | |
| Defendants | : | |

## ORDER

AND NOW, this 24th day of June, 2014, it is hereby ORDERED as follows:

1. The order (Doc. 26) dismissing "P.A. Resigno" due to plaintiff's failure to provide to the Court with a valid address for Resigno so as to effect service within 120 days after the filing of the complaint as required by Federal Rule of Civil Procedure 4(m)[1], is CONDITIONALLY VACATED.

2. The Clerk of Court is directed to ADD "P.A. Resigno" as a named defendant.

3. The Clerk of Court is further directed to FORWARD the complaint (Doc. 1) in this action to the United States Marshal for service on P.A. Resigno at Corizon Health, 105 Westpark Drive, Suite 200, Brentwood, Tennessee, 37027.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania

---

[1] If a defendant is not served within 120 days after the complaint is filed, the court shall dismiss the action without prejudice against that defendant or order that service be made within a specified time. If, however, the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period. FED. R. CIV. P. 4(m).