IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NATHANAEL NEGRON,** | : | CIVIL NO. 1:13-CV-1568 |
| | : | |
| Plaintiff | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **TABB BICKELL**, *et al.*, | : | |
| | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 8th day of December, 2016, upon consideration of plaintiff's second motion (Doc. 83) for appointment of counsel, and the court having previously denied a similar motion for appointment counsel filed by plaintiff, see (Doc. 51), and since the entry of that order plaintiff has continued to demonstrate a reasonable ability to litigate this action *pro se*, and furthermore, it appearing that his latest motion fails to set forth sufficient special circumstances or factors which would warrant the appointment of counsel, see Tabron v. Grace, 6 F.3d 147, 153, 155-57 (3d Cir. 1993), it is hereby ORDERED that the motion (Doc. 83) for appointment of counsel is DENIED without prejudice. If further proceedings demonstrate the need for counsel, the matter will be reconsidered either *sua sponte* or upon motion of plaintiff.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania