IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NATHANAEL NEGRON,** | : | CIVIL NO. 1:13-CV-1568 |
| | : | |
| **Plaintiff** | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **TABB BICKELL,** *et al.*, | : | |
| | : | |
| **Defendants** | : | |

## ORDER

   AND NOW, this 13th day of March, 2017, upon consideration of plaintiff's motion (Doc. 94) for summary judgment, and it appearing that a brief in support of the motion has not been filed as of the date of this order, and it further appearing that a separate statement of material facts has not been filed as of the date of this order, it is hereby ORDERED that plaintiff's motion (Doc. 94) is deemed WITHDRAWN.  See L.R. 7.5, 56.1.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania