IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NATHANAEL NEGRON,** | : | CIVIL NO. 1:13-CV-1568 |
| | : | |
| Plaintiff | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **TABB BICKELL,** *et al.*, | : | |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this 13th day of March, 2017, upon consideration of plaintiff's motion (Doc. 97) to compel and to apply sanctions, filed on November 17, 2016, and the court noting that discovery in this action closed on August 31, 2016 (Doc. 75)[1], and it appearing that plaintiff never filed a motion for an extension of the discovery deadline, and it further appearing that a brief in support of the motion has not been filed as of the date of this order, it is hereby ORDERED that plaintiff's motion (Doc. 97) is DENIED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania

---

[1] The court's scheduling order specifically warned that, "[a]ny motions or briefs filed after the expiration of the applicable deadline without prior leave of court shall be stricken from the record. . . . [and,] [n]o extensions of the pre-trial schedule shall be granted absent good cause." (Doc. 75, ¶¶ 2-3, citing FED. R. CIV. P. 16(b)).