# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NATHANAEL NEGRON,** | : | CIVIL NO. 1:13-CV-1568 |
| | : | |
| **Plaintiff** | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **TABB BICKELL,** *et al.*, | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 13th day of March, 2017, upon consideration of plaintiff's motion (Doc. 81) to compel, and it appearing that a brief in support of the motion has not been filed as of the date of this order, it is hereby ORDERED that plaintiff's motion (Doc. 81) is deemed WITHDRAWN.  See L.R. 7.5.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania