# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NATHANAEL NEGRON,** | : CIVIL ACTION NO. 1:13-CV-1568 |
| Plaintiff | : (Chief Judge Conner) |
| v. | : |
| **TABB BICKELL**, *et al.*, | : |
| Defendants | : |

## **ORDER**

AND NOW, this 13th day of April, 2017, upon consideration of the motion (Doc. 76) to dismiss by defendant Riscigno, and in accordance with the court's memorandum of the same date, it is hereby ORDERED that:

1. Defendant Riscigno's motion (Doc. 76) is GRANTED.

2. The complaint (Doc. 1) against defendant Riscigno is DISMISSED without prejudice.

3. Plaintiff is granted twenty (20) days from the date of this order to file an amended complaint against defendant Riscigno only. Failure to timely file an amended complaint will result in the dismissal of the claim against defendant Riscigno without further notice of court.

                                              /S/ CHRISTOPHER C. CONNER
                                              Christopher C. Conner, Chief Judge
                                              United States District Court
                                              Middle District of Pennsylvania