# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NATHANAEL NEGRON,** | : | CIVIL ACTION NO. 1:13-CV-1568 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **TABB BICKELL**, *et al.*, | : | |
| Defendants | : | |

## ORDER & JUDGMENT

AND NOW, this 13th day of April 2017, upon consideration of the motion (Doc. 99) for summary judgment by defendants Dunkle, Everling, and Kissell, and in accordance with the court's memorandum of the same date, it is hereby ORDERED that:

1. The motion (Doc. 99) for summary judgment is GRANTED.

2. Judgment is ENTERED in favor of defendants Dunkle, Everling and Kissell, and against plaintiff.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania