## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NATHANAEL NEGRON,** | : | **CIVIL NO. 1:13-CV-1568** |
| | : | |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **TABB BICKELL,** *et al.*, | : | |
| et al., | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 8th day of May, 2017, upon consideration of the court's

memorandum and order (Docs. 111, 112) dated April 13, 2017, granting defendant

Riscigno's motion (Docs. 76) to dismiss the complaint, affording plaintiff the

opportunity to amend the complaint against defendant Riscigno only, and

forewarning him that failure to file a properly supported amended complaint would

result in dismissal of all claims against defendant Riscigno without further notice of

court, and upon further consideration of plaintiff's failure to file a proposed

amended complaint, it is clear that plaintiff has failed to comply with the court

order (Doc. 112), or adhere to the standards set forth therein, and that because

plaintiff refuses to comply with the court order, this action is subject to dismissal,

see Bricker v. Harlow, 2009 WL 1743905, at *1, 3 (M.D. Pa. 2009) (noting that *pro se*

litigants are not free to ignore the Federal Rules of Civil Procedure and dismissing

the action because plaintiff failed to comply with the court's orders); Iseley v.

<u>Bitner</u>, 216 F. App'x 252, 255 (3d Cir. 2007) (finding that dismissal by the court on its own initiative is warranted where plaintiff fails to comply with court orders directing adherence to rules governing joinder of parties and claims), it is hereby ORDERED that:

1.      The claims against defendant Riscigno are DISMISSED.

2.      The Clerk of Court is directed to CLOSE this case.

3.      Any appeal from this order is DEEMED frivolous and not in good faith. <u>See</u> 28 U.S.C. § 1915(a)(3).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania